IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BENNETT V. YORK, | ) | CIVIL NO. 13-00311 DKW-RLP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| BRUCE JORDAN; KATHLEEN JORDAN; DOE DEFENDANTS 1-10. | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 30, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

// //

// //

Recommendation to Grant in Part and Deny in Part Plaintiff Bennett V. York's Motion for Attorneys' Fees" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 18, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---
<u>Bennett V. York v. Bruce Jordan, et al.</u>; Civil No. 13-00311 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**